# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sonia Lopez<br><br>   Plaintiff,<br><br> vs.<br><br>ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 2:19-CV-04082<br><br>ORDER FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees: IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount FIVE THOUSAND TWENTY-FOUR DOLLARS AND 55/100, $5,024.55 subject to the terms of the above-referenced Stipulation.

SO ORDERED, this  18th  day of  February , 2020

_____
Hon. Karen E. Scott
United States Magistrate Judge